```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

CHEVON MURRAY, individually and as
mother and natural guardian of minors
J.T., A.M., and Z.W.,                            MEMORANDUM & ORDER
                                                 21-CV-6892(EK)(VMS)
                    Plaintiff,

          -against-

THE CITY OF NEW YORK, DETECTIVE
JONATHAN MARTINEZ, and DETECTIVE
AVINASH PATEL,

                    Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Scanlon's Report and Recommendation (R&R) dated July 5, 2024.  ECF No. 100.  Judge Scanlon recommends approval of an infant compromise on behalf of the three Infant Plaintiffs.[1]  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Scanlon's recommendation

---

[1] In a letter to the Court filed October 30, 2024, Plaintiff asserts that the Court's approval is not necessary, because Judge Scanlon's July 5 ruling was "entered as [an] [o]rder to be obeyed," and was not labeled as an R&R.  See Pl.'s Lett. 1, ECF No. 102.  But on October 19, 2023, the Court expressly referred Plaintiff's motion for approval of the infant compromise to Judge Scanlon for an R&R.  A magistrate judge "may not seek out work or expand his or her role beyond that assigned by the district judge."  12 Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 3068 (3d ed. 2024).  Moreover, under Local Rule 72.2, a magistrate judge may act only on "non-dispositive pretrial matters" without authorization from the district judge.  When a proposed infant compromise would settle an entire action, a motion seeking approval of that compromise is a dispositive motion.  *See A.M. v. City of New York*, 2022 WL 20472226, at *3 (E.D.N.Y. Feb. 2, 2022), *report and recommendation adopted*, 2023 WL 4446660 (E.D.N.Y. July 11, 2023).  Thus, the Court's approval remains necessary.

for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  The infant compromise is approved.  Accordingly, pursuant to the parties' joint stipulation of dismissal, the Clerk of Court is respectfully directed to close this case.  *See* Stipulation & Ord. of Dismissal, ECF No. 85-1.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:	October 31, 2024
        Brooklyn, New York